# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Senior Airman CODY A. MAYES
### United States Air Force

## ACM S32276

## 1 October 2015

Sentence adjudged 6 November 2014 by SPCM convened at Little Rock Air Force Base, Arkansas. Military Judge: Joshua E. Kastenberg (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 9 months, forfeiture of $1,000.00 pay per month for 9 months, reduction to E-1, and a reprimand.

Appellate Counsel for the Appellant: Captain Lauren A. Shure.

Appellate Counsel for the United States: Gerald R. Bruce, Esquire.

Before

HECKER, DUBRISKE, and BROWN
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred.[*] Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).

---

[*] We note the initial court-martial order (CMO), dated 5 December 2014, should have reflected Appellant's not guilty pleas to Specifications 2, 6, 7, 9 and 11 of the Charge, as well as his plea and the military judge's findings by exceptions for Specification 5. See Air Force Instruction 51-201, *Administration of Military Justice*, ¶ 10.8.2.2.1. We therefore direct a corrected CMO.

Accordingly, the approved findings and sentence are **AFFIRMED**.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court